1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendant

7

8                       IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10 | COLUNGA GUZMAN,                    | CASE NO. 2:23-CV-02021-JDP
11 |                         Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY ABEYANCE
12 |               v.                   |
13 | UR JADDOU, ET AL.,                 |
14 |                        Defendants. |

15

16     The Defendants respectfully request to hold this case in temporary abeyance through May 9,
17 2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and
18 Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending
19 asylum application, which he filed in 2015. USCIS has scheduled Plaintiff's asylum interview for
20 January 10, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes
21 its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS
22 needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.
23     The parties therefore stipulate that this matter be held in temporary abeyance through May 9,
24 2024. The parties further request that all other filing and case management deadlines be similarly
25 vacated.

26

27

28
                                                 1

Respectfully submitted,

Dated:  November 22, 2023	PHILLIP A. TALBERT
	United States Attorney

	By:  /s/ ELLIOT C. WONG
	ELLIOT C. WONG
	Assistant United States Attorney


	/s/ JESSICA TAYLOR ARENA
	JESSICA TAYLOR ARENA
	Counsel for Plaintiff


## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   November 27, 2023	_____
	JEREMY D. PETERSON
	UNITED STATES MAGISTRATE JUDGE

2